# CASE ANNOUNCEMENTS

*October 9, 2009*

[Cite as *10/09/2009 Case Announcements*, 2009-Ohio-5367.]

## MOTION AND PROCEDURAL RULINGS

**2009–1810.   Torrance v. Cincinnati Metro. Hous. Auth.**

In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon review of relator's proffered affidavit of indigency, submitted to waive the filing fee and security deposit,

It is ordered by the court, sua sponte, that within ten days of the date of this order relator either submits the $40 filing fee and $100 security deposit required by S.Ct.Prac.R. XV or show good cause why he should be permitted to proceed with this action, or any future actions, without payment of the filing fee and security deposit.

# CASE ANNOUNCEMENTS

*October 12, 2009*

[Cite as *10/12/2009 Case Announcements #2*, 2009-Ohio-5418.]

## MERIT DECISIONS WITHOUT OPINIONS

**2009–1818.   France v. Mattingly.**

In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of the complaint and relator's motion for immediate stay,

It is ordered by the court that the motion for stay is denied. It is further ordered that upon consideration pursuant to S.Ct.Prac.R. X(5), this cause is dismissed.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR O'DONNELL, and LANZINGER, JJ., concur.

PFEIFER and CUPP, JJ., dissent and would await the filing of a response.

# CASE ANNOUNCEMENTS

*October 13, 2009*

[Cite as *10/13/2009 Case Announcements*, 2009-Ohio-5417.]

## MOTION AND PROCEDURAL RULINGS

**2007–1261.   State v. Ketterer.**

Butler App. No. CR 2003–03–0309. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Butler County. Upon review of the record,

It is ordered by the court, sua sponte, that the Clerk of Butler County Court of Common Pleas shall certify and transmit to the Clerk of this court within 20 days from the date of this entry the following document: the transcript of the grand jury testimony. The transcript shall be transmitted and remain under seal.